IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                            No. 4:07CR40003-001

CARL JAMES EASTER
    Defendant.

## PRELIMINARY ORDER OF FORFEITURE

Pursuant to the forfeiture allegation of the Indictment, the United States seeks forfeiture of specific property of the defendant pursuant to 18 U.S.C. § 982 and 21 U.S.C. § 853 as property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the offense alleged in Count One of the Indictment.

On July 20, 2007, the defendant, Carl James Easter, pled guilty to Count One of the Indictment. The United States and the defendant have further entered into and filed with the court an Agreement Regarding Criminal Forfeiture whereby the defendant agrees to forfeit any and all interest which he has in certain properties pursuant to 18 U.S.C. § 982 and 21 U.S.C. § 853 based on the fact that this property constitutes and/or was derived from, proceeds obtained, directly or indirectly, as a result of the offense alleged in Count One of the Indictment and the United States agrees to dismiss the forfeiture allegation as to certain properties.

By virtue of the defendant's plea of guilty to Count One of the indictment and pursuant to the Agreement Regarding Criminal Forfeiture, the United States is entitled pursuant to Rule

32.2(b)(3) of the Federal Rules of Criminal Procedure to possession of the properties as set forth in the Agreement Regarding Criminal Forfeiture.

Accordingly, it is hereby ORDERED, DECREED and ADJUDGED:

1. That the United States is hereby authorized to seize the following property:

a) Tract One: Premises known as 1137 Chestnut Lane, Cedar Hill Texas, with the following legal description: Lot 15, in Block R, of Windsor Park - Phase Two, an addition to the City of Cedar Hill, Dallas County, Texas, according to the replat thereof recorded in volume 88205, Page 224, Map Records, Dallas County, Texas, including buildings, appurtenances, improvements, fixtures, attachments and easements.
b) 2007 Chevrolet Impala VIN# 2G1WD58C979112346
c) 2006 Infiniti Utility QX56 VIN# 5N3AA08A96N802205
d) 2005 Cadillac Escalade VIN #3GYFK66N15G225261
e) 2002 Freightliner Heavy Truck Tractor Base Model VIN # 1FUJA6AV72LJ52107
f) 2002 Freightliner Heavy Truck Tractor Base Model VIN # 1FUJA6AV42LJ52100
g) 1999 Freightliner Heavy Truck Tractor Base Model VIN # 1FUYSSZB1XLA12546
h) 1998 Freightliner Long Conventional XL Base Model VIN # 1FUPCSZB5WP954239
i) 1997 Freightliner Long Conventional USF 1E Base Model VIN#1FUYDSEB4VL812719
j) 2000 Freightliner Long Conventional XL Base Model VIN # 1FUPCSZB2YDA97675

2. The criminal forfeiture allegation is hereby dismissed as to the following property:

a)Tract Two: Premises known as 2412 W. Alamosa Drive, Terrell, Texas with the following legal description: Lot 333, Winners Circle Phase Three, an addition in Kaufman County, Texas, according to the plat recorded in Cabinet 2, Envelope 504, Plat records, Kaufman County, Texas.
b) Tract Three: Premises known as 1017 Capp, Texarkana, Texas with the following legal description:Lots Sixteen (16) and Seventeen (17) in Block One (1) of City Improvement Companies West Side Addition to the City of Texarkana, Bowie County, Texas.
c) Tract Four: Premises known as 1512 W. 9th, Texarkana, Texas with the following legal description:The West ½ of Lot 8 Estes and Tilson Addition to the City of Texarkana, Bowie County, Texas being that property more particularly described in Volume 1136, page 339 and Volume 2842, page 282 of Deed Records of Bowie County, Texas.
d) 2001 Lincoln Continental VIN# 1LNHM97V51Y659882

3. As to the forfeited property listed above the United States shall publish notice of this order pursuant to 18 U.S.C. § 982 (b)(1) and 21 U.S.C. § 853 (n)(1) .

4.  Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Federal Rules of Criminal Procedure, Rule 32.2(c); 18 U.S.C. § 982 (b)(1); and 21 U.S.C. § 853(n) in which all interests will be addressed.

IT IS SO ORDERED this 27 day of July, 2007.

_____
HONORABLE HARRY F. BARNES
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 27 2007

CHRIS R. JOHNSON, CLERK

BY
　　　DEPUTY CLERK

3